| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____     Chapter __**11**__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Windsor Terrace Healthcare, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Windsor Terrace Healthcare Center** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-3772245** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**7447 Sepulveda Blvd.**<br>**Van Nuys, CA 91405**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor    **Windsor Terrace Healthcare, LLC**                                    Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6231**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Windsor Terrace Healthcare, LLC** _____    Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

### �no Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Windsor Terrace Healthcare, LLC**                                    Case number (*if known*) _____
_____
         Name

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Hospice Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Market Street Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Care Center National City, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cheviot Hills, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Country Drive Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Court Assisted Living, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor El Camino Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elmhaven Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Hampton Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Monterey Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Rosewood Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Vallejo Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |

Debtor   **Windsor Terrace Healthcare, LLC**_____   Case number (*if known*)_____
      Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 23, 2023**_____
             MM / DD / YYYY

X   _A Tress_____   **Avrohom Tress**_____
    Signature of authorized representative of debtor   Printed name

Title   **Manager**_____

**18. Signature of attorney**

X   _____   Date   **August 23, 2023**_____
    Signature of attorney for debtor            MM / DD / YYYY

**Ron Bender 143364**_____
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**_____
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**_____
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**_____   Email address   **rb@lnbyg.com**_____

**143364 CA**_____
Bar number and State

**WINDSOR TERRACE HEALTHCARE, LLC**
**MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE**

August 22, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of Windsor Terrace Healthcare, LLC (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on August 23, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel. AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG. AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary.  Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_____
**AVROHOM TRESS**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Windsor Terrace Healthcare, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

|   | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2023**         X    *A Tress*
                                              Signature of individual signing on behalf of debtor

                                              **Avrohom Tress**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Windsor Terrace Healthcare, LLC | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HEALTHCARE SERVICES GROUP INC 3220 TILLMAN DR SUITE 300 BENSALEM, PA 19020 | | | | | | $989,879.29 |
| SELECT REHABILITATION PO BOX 71985 CHICAGO, IL 60694-1985 | | | | | | $830,944.07 |
| MILANA LE GEZA 136 E LEMON AVE MONROVIA, CA 91016 | | Legal Settlement | | | | $750,000.00 |
| DEPARTMENT OF HEALTH CARE SERVICES MS 1101 PO BOX 997415 SACRAMENTO, CA 95899-7415 | | | | | | $342,004.15 |
| SKILLED NURSING PHARMACY 16666 E. JOHNSON DRIVE SUITE "C" CITY OF INDUSTRY, CA 91745 | | | | | | $330,866.99 |
| ASHLEY CLINICAL DIAGNISTIC LABORATORY IN 5542 N FIGUEROA ST LOS ANGELES, CA 90042 | | | | | | $306,850.00 |

Debtor  **Windsor Terrace Healthcare, LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TWOMAGNETS PO BOX 103125 PASADENA, CA 91189-3125 | | | | | | $235,793.99 |
| MCKESSON MEDICAL SURGICAL P.O. 690693 CINCINNATI, OH 45263-0693 | | | | | | $164,200.22 |
| DAIRY KING 5528 BANDINI BLVD BELL, CA 90201 | | | | | | $69,696.52 |
| SYSCO FOOD SERVICES PO BOX 138007 SACRAMENTO, CA 95813-8007 | | | | | | $65,945.28 |
| GALE HEALTHCARE SOLUTIONS LLC PO BOX 4729 WINTER PARK, FL 32793 | | | | | | $57,452.25 |
| DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ PO BOX 676210 ATTN: CASH APPS DALLAS, TX 75267-6210 | | | | | | $56,250.54 |
| PLEX CAPITAL LLC PO BOX 674804 DALLAS, TX 75267-4804 | | | | | | $39,130.00 |
| LA DEPT OF WATER AND POWER P.O. BOX 30808 LOS ANGELES, CA 90030 | | | | | | $36,416.04 |
| BARBER RANEN LLP 550 SOUTH HOPE ST, SUITE 2400 LOS ANGELES, CA 90071 | | | | | | $33,011.76 |
| INTERACTIVE MEDICAL SYSTEMS PO BOX 843789 LOS ANGELES, CA 90084-3789 | | | | | | $18,142.83 |

Debtor  **Windsor Terrace Healthcare, LLC**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HOSPITAL MECHANICAL SERVICE P.O. BOX 12 TUSTIN, CA 92781 | | | | | | **$17,845.00** |
| **Nicholas M. Moreno c/o Lanzone Morgan (Reza Sobati) 356 Redondo Ave Long Beach, CA 90814** | | **Legal Settlement** | | | | **$17,345.00** |
| DIRECT SUPPLY EQUIPMENT P.O. BOX 88201 MILWAUKEE, WI 53288 | | | | | | **$15,289.52** |
| HANSEN HUNTER & CO PC 7080 SW FIR LOOP, SUITE 100 PORTLAND, OR 97223 | | | | | | **$15,000.00** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: 143364 CA<br>rb@lnbyg.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

| In re:<br><br>    **Windsor Terrace Healthcare, LLC**<br><br><br><br><br>    Debtor(s). | CASE NO.:<br><br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __24__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 23, 2023** _____

*A Tress*
_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 23, 2023** _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Windsor Terrace Healthcare, LLC
7447 Sepulveda Blvd.
Van Nuys, CA 91405


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


21TH CENTURY WEB
GALA 15
LINK ROAD SADAR
MAHARASHTRA, INDIA


3M PLUMBING
130 N HUBBORD AVE
UNIT 33
SAN FERNANDO, CA 91340


A T & T
P.O. BOX 5014
CAROL STREAM, IL 60197-5014


ABCO SCALE CO INC
7624 E JACKSON ST
PARAMOUNT, CA 90723


ACME VALLEY KEY SERVICE
7227 WOODLEY AVE.
VAN NUYS, CA 91406

ADVANCED MICROSYSTEMS
8816 S. SEPULVEDA BLVD., # 101
LOS ANGELES, CA 90045


AK DEVELOPMENT AND CONSULTING, INC
12715 WEDDINGTON ST
VALLEY VILLAGE, CA 91607


ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108


Alejandro Alers


ALONZO AGUILAR PENA
15105 WYANDOTTE ST
VAN NUYS, CA 91405


AMERICAN CHEMICAL & SANITARY
P.O. BOX 6436
ANAHEIM, CA 92816


AMWEST AMBULANCE
13257 SATICOY ST
NORTH HOLLYWOOD, CA 91605


AMWEST AMBULANCE
4476 DYER STREET
LA CRESCENTA, CA 91214

ASHLEY CLINICAL DIAGNSTIC LABORATORY IN
5542 N FIGUEROA ST
LOS ANGELES, CA 90042


ASI NETWORKS INC
P.O. BOX 867
SAN DIMAS, CA 91773


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765


BARBER RANEN LLP
550 SOUTH HOPE ST, SUITE 2400
LOS ANGELES, CA 90071


BEACH LAW GROUP LLP
500 E ESPLANADE DR
SUITE 1400
OXNARD, CA 93036


Beach Law Group, LLP - Thomas E. Beach
500 E. Esplanade Dr., Suite 1400
Oxnard, CA 93036


BHARDWAJ ASHWANI MD
25954 WELLINGTON COURT
CALABASAS, CA 91302


Blanca Argueta Del Cid
c/o MaryAnn P. Gallagher, Esq.
205 S Broadway, Suite 920
Los Angeles, CA 90012

BRIGGS HEALTHCARE CORP
7887 UNIVERSITY BLVD
CLIVE, IA 50325


CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CAHF
2201 K ST.
SACRAMENTO, CA 95816


CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434


California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013


California Dept of Justice/Atty General
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013

CARLS LAUNDRY REPAIR INC
15804 ARMINTA STREET
VAN NUYS, CA 91406

CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60673-5723

CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207

CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966

Christina Fontes
c/o Licata & Yeremenko
15303 Ventura Blvd,, Suite 600
Sherman Oaks, CA 91403

CINTAS FIRE PROTECTION
P.O. BOX 636525
CINCINNATI, OH 45263

CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065

CITY SELF STORAGE OF VAN NUYS
7346 SEPULVEDA BLVD
VAN NUYS, CA 91405

CITY WIDE FIRE PROTECTION INC
14800 RINALDI ST.
NO.14
MISSION HILL, CA 91345


CLEMENTINA VERA SUBIA
9973 SHARP AVE
ARLETA, CA 91331


CMS OF HOLLAND
P.O. BOX 819
HOLLAND, OH 43528-0819


COMMERCIAL ENERGY OF CALIFORNIA
PO BOX 15040
SACRAMENTO, CA 95851


COMMERCIAL READERS SERVICE
P O BOX 959
NORMAL, IL 61761-0959


CORE ANALYTICS LABORATORY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORE ANALYTICS RADIOLOGY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORODATA RECORDS MANAGEMENT INC
P O BOX 842638
LOS ANGELES, CA 90084-2638

CORODATA SHREDDING INC
P.O. BOX 846137
LOS ANGELES, CA 90084


CREST HEALTHCARE SUPPLY
P.O. BOX 727
195 THIRD STREET SOUTH
DASSEL, MN 55325


CURASPAN HEALTH GROUP, INC.
PO BOX 744204
ATLANTA, GA 30374-4204


Cynthia Batac
Gary Rand & Suzanne E. Rand-Lewis
5758 Halbrent Ave
Van Nuys, CA 91411-3246


DAILY NEWS LOS ANGELES
PO BOX 8013
WILLOUGHBY, OH 44096


DAIRY KING
5528 BANDINI BLVD
BELL, CA 90201


Daugherty Lordan  Meghan McCord
O'Hagan Meyer
21650 Oxnard Street, Suite 530
Woodland Hills, CA 91367


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902

DELTA ELEVATOR CO INC
12920 SUNNYSIDE PL.
SANTA FE SPRINGS, CA 90670


Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833


DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415


DEPENDABLE ELECTRIC
15832 PASADENA AVE
TUSTIN, CA 92780


DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ
PO BOX 676210
ATTN: CASH APPS
DALLAS, TX 75267-6210


DIRECT SUPPLY EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288


DJK COUNSEL LTD
1925 CENTURY PARK EAST ST 810
LOS ANGELES, CA 90067

ECHO FIRE PROTECTION CO
P.O. BOX 862
GLENDORA, CA 91740


ECOLAB INC
P.O. BOX 100512
PASADENA, CA 91189


ELTECH COMMUNICATIONS INC
P.O. BOX 19218
ENCINO, CA 91416


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


ENRIQUE ALMANZA
4209 MAPLE TRAIL
FRAZIER PARK, CA 93225


ENTECH MEDICAL CORPORATION
1910 D STREET
LA VERNE, CA 91750


EQUIPMED
3525 W COMMONWEALTH AVE
SUITE V
FULLERTON, CA 92833


EZZY HOMECARE AND STAFFING AGENCY LLC
13658 HAWTHORNE BLVD # 400
HAWTHORNE, CA 90250

FARMER BROTHERS CO
P.O. BOX 846224
LOS ANGELES, CA 90084-6224

FIGUEROA HEATING & AIR CONDITIONING
1321 W 11TH ST
SANTA ANA, CA 92703

FIRE SAFETY SERVICE INC
622 W MILL AVENUE
COUER D ALENE, ID 83814

FIRST CHOICE
2909 CRODDY WAY
SANTA ANA, CA 92704

FIRST CHOICE BUSINESS MACHINES
P.O. BOX 3038
REDMOND, MA 98073

FLUE STEAM INC
5734 BANKFIELD AVENUE
CULVER CITY, CA 90230

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257

GALE HEALTHCARE SOLUTIONS LLC
PO BOX 4729
WINTER PARK, FL 32793


GAS COMPANY THE
P.O. BOX C
MONTEREY PARK, CA 91756-5111


Giovanniello Law Group
A. Giovanniello & J. Janssen
One Pointe Drive Suite 300,
Brea, CA 92821


GIOVANNIELLO LAW GROUP
ONE POINTE DRIVE
SUITE 300
BREA, CA 92821


Gittler & Berg - Randy A. Berg, Esq.
10537 SANTA MONICA BOULEVARD
THIRD FLOOR
LOS ANGELES, CA 90025


GITTLER BRADFORD & BERG
10537 SANTA MONICA BLVD
THIRD FLOOR, SUITE 300
LOS ANGELES, CA 90025


GLS US
P.O. BOX 31990
STOCKTON, CA 95213


GRAINGER-DEPT 886308907
DEPT 886308907
PALATINE, IL 60038

Green Line
560 CRAZY HORSE CANYON ROAD
Salinas, CA 93907


H D SUPPLY FACILITIES MAINT
PO BOX 509058
SAN DIEGO, CA 92150-9058


HANSEN HUNTER & CO PC
7080 SW FIR LOOP, SUITE 100
PORTLAND, OR 97223


HANSON BRIDGETT
425 MARKET STREET
26TH FLOOR
SAN FRANCISCO, CA 94105


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304


HARTFORD INSURANCE COMPANY OF THE MIDWES
PO BOX 913385
DENVER, CO 80291-3385


HEALTHCARE SERVICES GROUP INC
3220 TILLMAN DR
SUITE 300
BENSALEM, PA 19020


HEALTHLINE MEDICAL GROUP
15211 VANOWEN ST.
#105
VAN NUYS, CA 91405

HELENE W MICKAELIAN
12657 HORTENSE ST
NORTH HOLLYWOOD, CA 91604

HIRSCH PIPE & SUPPLY
P.O. Box 749441
LOS ANGELES, CA 90074-9441

HOMECARE TECHNICAL SERVICES INC.
125 BUSINESS CENTER DRIVE
SUITE D
CORONA, CA 92880

HORIZON OXYGEN AND MEDICAL EQUIPMENT
1837 N NEVILLE ST
ORANGE, CA 92865

HOSPITAL MECHANICAL SERVICE
P.O. BOX 12
TUSTIN, CA 92781

HPSI MENU SERVICES
1 ADA
SUITE 150
IRVINE, CA 92618-5338

IDENTITY LINKS
6211 W HOWARD ST
NILES, IL 60714

INTERACTIVE MEDICAL SYSTEMS
PO BOX 843789
LOS ANGELES, CA 90084-3789

Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FLOOR
KANSAS CITY, MO 64105


JAMES ALEXANDER
8943 TELEFAIR AVE
SUN VALLEY, CA 91352


JEFFREY SUMMERS
14223 VICTORY BLVD
VAN NUYS, CA 91401


JINTRONIX INC
329 RUE DE LA COMMUNE WEST
SUITE 100
MONTREAL, QUEBEC H2Y 2E1


JONES TEDERO
654 W 113TH ST
LOS NGELES, CA 90044


JOSEFINA GONZALEZ
24908 WALNUT ST
NEWHALL, CA 91321


KHANOM HOVEIDA

```
KIMBALL MIDWEST
DEPT L-2780
COLUMBUS, OH 43260


LA DEPT OF WATER AND POWER
P.O. BOX 30808
LOS ANGELES, CA 90030


LA HYDRO JET & ROOTER SRV
10639 WIXOM STREET
SUN VALLEY, CA 91352


LANGUAGE LINE SERVICES
P.O. BOX 202564
DALLAS, TX 75320


LEAZER INDUSTRIES INC. DBA COASTAL
474 CONSTITUTION AVE
CAMARILLO, CA 93012


LOS ANGELES COUNTY TAX COLLECT
225 NORTH  HILL STREET
ROOM 122
LOS ANGELES, CA 90012


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018
```

LUNA'S LOCKSMITH
6902 LONGRIDGE AVE
N.HOLLYWOOD, CA 91605


MANUELA GABRIELA DAVILA
21909 LANARK ST #33
Canoga Park, CA 91304


Mary Redmon
c/o DTLA Law Group  John Rofael
910 S Broadway, Suite 600
Los Angeles, CA 90015


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693


MEDWASTE MANAGEMENT LLC
5850 W. 3RD STREET
SUITE 331
LOS ANGELES, CA 90036


MICHAEL R HEINE
1336 N. CORDOVA ST.
BURBANK, CA 91505-2260


Midcap Financial Services LLC
7255 Woodmont Avenue
Suite 300
Bethesda, MD 20814


Milana Le Geza
c/o FIore Legal Trial Lawyers
10866 Wilshire Blvd.
Los Angeles, CA 90024

MILANA LE GEZA
136 E LEMON AVE
MONROVIA, CA 91016


MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906


MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891


MSM ACQUISITIONS INC DBA SPECTRIO LLC
PO BOX 890271
CHARLOTTE, NC 28289


NETSMART TECHNOLOGIES INC
PO BOX 713519
PHILADELPHIA, PA 19171


NEW HORIZON COMMUNICATION CORP
PO BOX 981703
BOSTON, MA 02298


Nicholas M. Moreno
c/o Lanzone Morgan  Reza Sobati
356 Redondo Ave
Long Beach, CA 90814


OCCUPATIONAL HEALTH CENTERS
P.O. BOX 3700
RANCHO CUCAMONGA, CA 91729

OPTIMAL REHAB INC
P.O. BOX 4586
ONTARIO, CA 91761


OPTUM
2175 PARK PLACE
EL SEGUNDO, CA 90245


OPTUM360 LLC
9900 BREN ROAD EAST
MINNETONKA, MN 55434


Oxford Finance LLC
115 South Union Street
Suite 300
Alexandria, VA 22314


PATRICIA TOMLINSON
9434 CREBS AVE
NORTHRIDGE, CA 91324


PLEX CAPITAL LLC
PO BOX 674804
DALLAS, TX 75267-4804


POINTCLICKCARE TECHNOLOGIES INC.
PO BOX 674802
DETROIT, MI 48267-4802


PORTER ONE DESIGN
37680 HILLS TECH DR
FARMINGTON HILLS, MI 48331

PRIME CARE TECHNOLOGIES INC
6650 SUGARLOAF PARKWAY
SUITE 400
DULUTH, GA 30097


PURCEL LABS LLC
124 S MAPLE DR, SUITE B
BEVERLY HILLS, CA 90212


PURE GREEN CORPORATION
5455 WILSHIRE BLVD
suite 1410
LOS ANGELES, CA 90036


QUADIENT FINANCE USA INC
PO BOX 6813
CAROL STREAM, IL 60197


RAMAT MEDICAL
5812 W. PICO BLVD.
#A
LOS ANGELES, CA 90019


READY LARRY
6921 VISTA DEL RINCON DRIVE
VENTURA, CA 93001


REAL TIME MEDICAL
PO BOX 645852
PITTSBURGH, PA 15264


REPUBLIC SERVICES
P.O. BOX 78829
PHOENIX, AZ 85062-8829

RJ10 CONSULTING LLC
21601 VANOWEN ST
SUITE 109
Canoga Park, CA 91303


ROBERT'S LIQUID DISPOSAL INC
14018 CARMENITA ROAD
SANTA FE SPRINGS, CA 90670


ROMEO ISIDRO MD INC
PO BOX 20040
ENCINO, CA 91416-0040


S&S WORLDWIDE INC
PO BOX 845825
BOSTON, MA 02284-5825


Sally A. Henning
c/o Peck Law Group
6454 Van Nuys Boulevard, Suite 150
Los Angeles, CA 91401


SAMANO HEATING AND AIR CONDITIONING
12930 1/4 BROOKSHIRE AVE
DOWNEY, CA 90242


SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205


Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012

SELECT REHABILITATION
PO BOX 71985
CHICAGO, IL 60694-1985


SEYFARTH SHAW LLP
2029 CENTURY PARK EAST
SUITE 3500
LOS ANGELES, CA 90067


SHANNON WITCHER
P.O. BOX 571212
TARZANA, CA 91357


SKILLED NURSING PHARMACY
16666 E. JOHNSON DRIVE
SUITE C
CITY OF INDUSTRY, CA 91745


SPEEDCAST CONNECT
3209 W. SMITH VALLEY RD SUITE 201
GREENWOOD, IN 46142


STANLEY CONVERGENT SECURITY SOLUTIONS
DEPT CH 10651
PALATINE, IL 60055-0504


STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

State of California
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, 2nd Fl
Sacramento, CA 95833


SWEINHART ELECTRIC CO INC
7306 MELROSE STREET
BUENA PARK, CA 90621


SWIFT INK LLC
47526 CLIPPER ST #700363
PLYMOUTH, MI 48170


SYSCO FOOD SERVICES
PO BOX 138007
SACRAMENTO, CA 95813-8007


THE PAUL REVERE LIFE INSURANCE COMPANY
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330


TWIN MED INC
P.O. BOX 847340
LOS ANGELES, CA 90084-7340


TWOMAGNETS
PO BOX 103125
PASADENA, CA 91189-3125


US FOODS
PO BOX 842475
LOS ANGELES, CA 90084-2475

VANTAGE AIR INC
18717 PARTHENIA STREET
SUITE 3
NORTHRIDGE, CA 91324


VERITEXT CORP
P.O. BOX 71303
CHICAGO, IL 60694-1303


VIC THE PICC
1351 E PINE STREET
SUITE F
LODI, CA 95240


VORTEX INDUSTRIES INC
1801 W OLYMPIC BLVD
FILE 1095
PASADENA, CA 91199-1095


WELLSKY CORPORATION
PO BOX 200086
DALLAS, TX 75320-0086


WESTERN EXTERMINATOR COMPANY
P.O. BOX 740608
CINCINNATI, OH 45274-0608


Williams Mandy
4476 DYER STREET
La Crescenta, CA 91214


WILLIAMS MANDY
4476 DYER ST
LA CRESCENTA, CA 91214

Willie J. Leggett
Downtown LA Law Group
910 S Broadway, Suite 600
Los Angeles, CA 90015


XCHIVE BUSINESS INTELLIGENCE INC
PO BOX 3221
GRASS VALLEY, CA 95945