THE LAW OFFICES OF SHAI OVED
Shai Oved, Esq.  CBN 185526
7445 Topanga Cyn Blvd, Suite 220
Canoga Park, California 91303
Email - ssoesq@aol.com
(818) 992-6588; Fax (818) 992-6511

Daniel S. Klein, Esq. CBN 239076
9526 W. Pico Blvd.
Los Angeles, CA 90035
310-696-9775
dklein@newgenhcg.com


Attorneys for Interested Party RT Lending, LLC
(Transferee of claims)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>Windsor Terrace Healthcare, LLC, et al.,<br><br>  Debtors and Debtors-in-Possession.<br>_____<br>Affects All Debtors<br><br>Affects S&F Home Health Opco I, LLC<br>Affects S&F Hospice Opco I, LLC<br>Affects S&F Market Street Healthcare, LLC<br>Affects Windsor Care Center National City, Inc.<br>Affects Windsor Cheviot Hills, LLC<br>Affects Windsor Country Drive Care Center, LLC<br>Affects Windsor Court Assisted Living, LLC<br>Affects Windsor Cypress Gardens Healthcare, LLC<br>Affects Windsor El Camino Care Center, LLC<br>Affects Windsor Elk Grove and Rehabilitation,LLC<br>Affects Windsor Elmhaven Care Center, LLC<br>Affects Windsor Gardens Convalescent Hospital, nc.<br>Affects Windsor Hampton Care Center, LLC<br>Affects Windsor Hayward Estates, LLC<br>Affects Windsor Monterey Care Center, LLC<br>Affects Windsor Rosewood Care Center, LLC<br>Affects Windsor Sacramento Estates, LLC<br>Affects Windsor Skyline Care Center, LLC<br>Affects Windsor Terrace Healthcare, LLC<br>Affects Windsor The Ridge Rehabilitation Center, LLC<br>Affects Windsor Vallejo Care Center, LLC<br>_____ | Lead Case No. 1:23-bk-11200-VK<br><br>Jointly administered with Case Nos.<br><br>1:23-bk-11201-VK; 1:23-bk-11212-VK;<br>1:23-bk-11202-VK; 1:23-bk-11213-VK;<br>1:23-bk-11203-VK; 1:23-bk-11214-VK;<br>1:23-bk-11204-VK; 1:23-bk-11215-VK;<br>1:23-bk-11206-VK; 1:23-bk-11216-VK;<br>1:23-bk-11207-VK; 1:23-bk-11217-VK;<br>1:23-bk-11208-VK; 1:23-bk-11218-VK;<br>1:23-bk-11209-VK; 1:23-bk-11219-VK;<br>1:23-bk-11210-VK; 1:23-bk-11220-VK;<br>1:23-bk-11401-VK; 1:23-bk-11402-VK<br><br>Chapter 11 Cases<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE IN CONNECTION WITH TRANSFERRED CLAIM**<br><br><u>Plan Confirmation Hearing:</u><br>Date:   August 22, 2024<br>Time:   1:30 p.m.<br>Place:  Courtroom 301<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 |

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that interested party, RT LENDING, LLC, through its co-counsel, The Law Offices of Shai Oved, as transferee of that certain claim held by Virginia Pech-Torres hereby requests that all notices, pleadings, schedules, plans, or amendments, status reports, under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court which are served on parties-in-interest whether filed or not filed (but served on the Office of the US Trustee) in the above-captioned case be provided to counsel for said interested party at the following addresses:

>The Law Offices of Shai Oved
>7445 Topanga Cyn Blvd, Suite 220
>Canoga Park, CA  91303
>
>Daniel S. Klein, Esq.
>NewGen Administrative Services, LLC
>9526 W. Pico Blvd.
>Los Angeles, CA 90035

The claim of Virginia Pech-Torres with respect to related Debtor, Windsor Cheviot Hills, LLC, (Case No. 1:23-bk-11206-VK) has been assigned to RT Lending as evidenced in the **Attachment** and incorporated herein as though set forth at length.  Plan payments on account of said claim are to be made at the following address:  **RT Lending, LLC, 9526 W. Pico Blvd., Los Angeles, CA 90035**.

**PLEASE TAKE NOTICE** that neither this Appearance nor Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, contr4oversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United Stated Constitution.

c.Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: October 10, 2024

Respectfully submitted,

The Law Offices of Shai Oved

/s/ Shai Oved
By: Shai Oved, Attorneys for RT Lending, LLC

3

**PROOF OF SERVICE**

( )    **BY U.S. MAIL AT <u>WOODLAND HILLS</u>, CALIFORNIA**

( )    **BY HAND DELIVERY** (IN COURT IF PRESENT OTHERWISE BY MAIL)

( )    **BY FAX**

(xx)   **BY SPECIAL DELIVERY/FEDERAL EXPRESS/EXPRESS MAIL**

I am a resident of Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 7445 Topanga Cyn Blvd, Suite 220, Canoga Park, California 91303. On October 10, 2024, I served a true and correct copy of **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE IN CONNECTION WITH TRANSFERRED CLAIM** on the <u>Parties-in-Interest</u> in this action, in the manner referenced above and addressed or telecopied as follows: None.

The following will be served by ECMCF:

- Katalina Baumann    Katalina.Baumann@troutman.com, evelyn.duarte@troutman.com, LitigationDocketRequests@troutman.com,elizabeth.streible@troutman.com,Hilary.Barton@Troutman.com,OCCcourtnotices@troutman.com,Susan.Henry@Troutman.com
- Christopher Dale Beatty    chris.beatty@katten.com, marsha.davis@katten.com,courtalertlax@katten.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender    rb@lnbyg.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Joseph E Caceres    jec@locs.com, generalbox@locs.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Louis J. Cisz    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- Eryk R Escobar    eryk.r.escobar@usdoj.gov
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Eric J Fromme    eric.fromme@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- Jeffrey Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Vanessa M Haberbush    vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com

- Eric P Israel    eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- Lior Katz    lior@katzlaw.com
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com
- Daniel Klein    dklein@newgenhcg.com
- Stephen H Marcus    shill@gblaw.net
- Robert S Marticello    rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Kevin J McEleney    kmceleney@uks.com, kgauthier@uks.com
- Thomas Glenn Crooks Mclaughlin    tgm@lrplaw.net, patricia@lrplaw.net
- David M Medby    dmedby@lawgarcia.com, jmobley@lawgarcia.com
- Nicholas Miller    nick.miller@hklaw.com, annmarie.jezisek@hklaw.com
- Roksana D. Moradi-Brovia    Roksana@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Jeff David Neiderman    jneiderman@jayrothmanlaw.com
- Juliet Y. Oh    jyo@lnbyg.com, jyo@lnbyb.com
- Aron M Oliner    roliner@duanemorris.com
- Shai S Oved    ssoesq@aol.com, Ovedlaw@hotmail.com
- Robert J Pfister    rpfister@pslawllp.com
- Julie H Rome-Banks    julie@bindermalter.com
- Mary H Rose    mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com
- Terrel Ross    tross@trcmllc.com
- Joseph A Sakay    jsakay@buchalter.com, kcb@hcmp.com;kim.mckenzie@hcmp.com
- Gregory M Salvato    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Lovee D Sarenas    lovee.sarenas@dinsmore.com, michael.kerr@dinsmore.com
- Paul Anthony Saso    psaso@pslawllp.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Lindsey L Smith    lls@lnbyg.com, lls@ecf.inforuptcy.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Kenneth K Wang    Kenneth.Wang@doj.ca.gov, Anthony.Conklin@doj.ca.gov
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com, mdiaz@allenmatkins.com

The following will be served by US Mail or personal delivery within one business day:

The Honorable Victoria Kaufman                                   Not required due to Covid Orders
US Bankruptcy Court, Courtroom 302
21041 Burbank Blvd.
Woodland Hills, CA 91367

Executed on October 10, 2024, at Woodland Hills, California.

                                                                    /s/ Shai Oved
                                                                    _____
                                                                    Shai Oved