**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

|  |  |
|---|---|
| In re: <br><br> Windsor Cheviot Hills, LLC et al. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case Number: 1:23-bk-11206-VK <br> ) <br> ) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111 l(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

RT LENDING, LLC

Name of Transferee

Name and Address where notices to transferee should be sent:

RT LENDING, LLC
9526 W. Pico Blvd.
Los Angeles, CA 90035

Phone:
Last four digits of Acct#: *N/A*

Name and address where transferee payments should be sent (if different from above):

Phone: *N/A*
Last four digits of Acct#: *N/A*

PECH-TORRES, VIRGINIA

Name of Transferor

Court Claim # (if known):
Amount of Claim: 3000000
Date Claim Filed: 08/23/23

Phone: 818-981-0901

Last four digits of Acct.# *N/A*

Name and Current Address of Transferor:

PECH-TORRES, VIRGINIA

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ Date: 5/28/2024
Transferee/Transferee's Agent  Tianxiang "Shawn" Zhou

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: BF8E7CF1-D347-4A0D-AF0D-83B139C6174B

Case 1:23-bk-11200-VK    Doc 1553-1    Filed 10/10/24    Entered 10/10/24 12:51:46
Desc  Attachment claim transfer documents    Page 2 of 2

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:  United States Bankruptcy Court ("Bankruptcy Court")
     Central District of California, San Fernando Valley Division
     Attention: Clerk

AND TO:  Windsor Cheviot Hills, LLC et al.
         Case No. 1:23-bk-11206-VK  (the "Debtor"),
         (Jointly administered under Windsor Cheviot Hills, LLC et al., Case No. 1:23-bk-11206-VK)

PECH-TORRES, VIRGINIA , and its successors assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

RT LENDING, LLC

9526 W. Pico Blvd.

Los Angeles, CA 90035

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$** 3000000  ("Claim"), as listed in the Debtor Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28 th DAY OF MAY 2024

**ASSIGNOR:** PECH-TORRES, VIRGINIA           **ASSIGNEE:** RT LENDING, LLC

_DocuSigned by:_
_Nenyu__
___373F3DB820AF4E3..._____          _____
(Signature)                                      (Signature)

PECH-TORRES, VIRGINIA                            Tianxiang "Shawn" Zhou
_____                   _____
(Print Name)                                     (Print Name)

                                                 Chief Financial Officer
_____                   _____
(Title)                                          (Title)